UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 9:15-CV-81636-RLR

EDWARD D. GEHRES, JR.,

    Plaintiff,

v.

CRUISE OPERATOR, INC. d/b/a BAHAMAS PARADISE CRUISE LINE, DR. JUAN PABLO RESTREPO and NURSE RUTH F. LARRODER,

    Defendants.

## NOTICE OF MEDIATION

**NOTICE IS HEREBY GIVEN** that a Mediation Conference in the above matter will take place at the time, date and place below.

**DATE:** June 10, 2016

**TIME:** 10:00 a.m.  (3 Hours Reserved)

**MEDIATOR:** Michael P. Essington, Esq.

**LOCATION:** FOWLER WHITE BURNETT, P.A.
Espirito Santo Plaza, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200

**SUMMARY:** The client or a representative of the client with full authority to settle, other than counsel should be present. If insurance is involved, a representative of the insurance company, shall be present with full authority to settle for up to the policy limits or the plaintiff's last demand, whichever is less.

A total of (3) hours have been set aside for this Mediation. If more time is anticipated, please notify the mediator's office immediately. A cancellation fee will be charged if the mediation is cancelled less than two (2) business days prior to the scheduled conference date. Do not assume the other side has notified us of a change or cancellation.  Please call, fax or email the mediators' office.

All parties acknowledge the Mediation Conference constitutes a privilege and confidential communication between those present at the mediation conference as set forth in Chapter 44, Florida Statutes. All parties further acknowledge that the mediator is neutral and may not act as an advocate for any party.

*In accordance with the Americans with Disabilities ACT of 1990, persons needing special accommodation to participate in this proceeding should contact the herein named attorney at Michael P. Essington, P.A. at 1 Southeast Third Avenue, Suite 1750, Miami, FL 33131 Tel.:(305) 347-5678 no later than (7) days prior to the proceedings. (TDD) 1800-955-8771 or 1-800-955-8770 (V) via Florida Relay Service.*

## CERTIFICATE OF SERVICE

THE UNDERSIGNED MEDIATOR HEREBY CERTIFIES that on the 20th day of May, 2016, I electronically filed with the Clerk of this Court using CM/ECF this Notice of Mediation and also to all counsel of record on the attached Service List in the manner specified pursuant to CM/ECF Administrative Procedure.

/s/ *Michael P. Essington*
MICHAEL P. ESSINGTON, ESQ.
Florida Bar No.: 019127
Michael P. Essington, P.A.
1221 Brickell Avenue, Suite 2400
Miami, Florida 33131
(T)305-347-5678
(F)305-347-5676
(C)305-282-1783
michael.essington@yahoo.com

## SERVICE LIST

| **Allan R. Kelley, Esq.**<br>FOWLER WHITE BURNETT, P.A.<br>Espirito Santo Plaza, Fourteenth Floor<br>1395 Brickell Avenue<br>Miami, Florida 33131<br>Telephone: (305) 789-9200<br>Facsimile: (305) 789-9201<br>Email: akelley@fowler-white.com | **Michael A. Winkleman, Esq.**<br>Lipcon, Margulies, Alsina & Winkleman, P.A.<br>One Biscayne Tower, Suite 1776<br>2 South Biscayne Blvd.<br>Miami, FL 33131<br>Telephone: (305) 373-3016<br>Facsimile: (305) 373-6204<br>Email: mwinkleman@lipcon.com<br><br>**John P. Fischer, Esq.**<br>Hoffman Law Firm<br>2888 East Oakland Park Blvd.<br>Ft. Lauderdale, FL 33306<br>Telephone: (954) 563-8111<br>Facsimile: (954) 563-8171<br>Email: jfisher@paulhoffmanlaw.com |
|---|---|