UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-CV-81636-ROSENBERG/BRANNON

EDWARD D. GEHRES, JR.,

Plaintiff,

v.

CRUISE OPERATOR, INC. d/b/a
BAHAMAS CRUISE LINE, INC.,

Defendant.
_______________________________________/

# PLAINTIFF'S EXHIBIT LIST

| PRESIDING JUDGE: **THE HONORABLE ROBIN L. ROSENBERG** | | | | | PLAINTIFF'S ATTORNEY: **JASON R. MARGULIES, ESQ. MICHAEL A. WINKLEMAN, ESQ.** | DEFENDANT'S ATTORNEY: **ALLAN R. KELLEY, ESQ.** |
|---|---|---|---|---|---|---|
| TRIAL DATE(S): **DECEMBER 12, 2016** | | | | | COURT REPORTER **PAULINE STIPES** | COURTROOM DEPUTY **LAKESHIA WILLIAMS** |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 1A | | | | | Photograph depicting the Plaintiff's handicapped and non-handicapped bathrooms on or about February 15-19, 2015 | |
| 1B | | | | | Photograph depicting the Plaintiff's handicapped and non-handicapped bathrooms on or about February 15-19, 2015 | |
| 1C | | | | | Photograph depicting the Plaintiff's handicapped and non-handicapped bathrooms on or about February 15-19, 2015 | |
| 1D | | | | | Photograph depicting the Plaintiff's handicapped and non-handicapped bathrooms on or about February 15-19, 2015 | |
| 2A | | 12/13/16 | | ✓ | Photograph depicting the Plaintiff's injuries | |
| 2B | | 12/13/16 | | ✓ | Photograph depicting the Plaintiff's injuries | |
| 2C | | 12/13/16 | | ✓ | Photograph depicting the Plaintiff's injuries | |
| 2D | | 12/13/16 | | ✓ | Photograph depicting the Plaintiff's injuries | |
| 3A | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 | |
| 2E | | 12/13/16 | | ✓ | Photograph depicting the Plaintiff's injuries | |

| PRESIDING JUDGE: | PLAINTIFF'S ATTORNEY: | DEFENDANT'S ATTORNEY: |
|---|---|---|
| **THE HONORABLE ROBIN L. ROSENBERG** | **JASON R. MARGULIES, ESQ.**<br>**MICHAEL A. WINKLEMAN, ESQ.** | **ALLAN R. KELLEY, ESQ.** |
| TRIAL DATE(S):<br>**DECEMBER 12, 2016** | COURT REPORTER<br>**PAULINE STIPES** | COURTROOM DEPUTY<br>**LAKESHIA WILLIAMS** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 3B | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3C | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3D | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3E | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3F | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3G | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3H | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3I | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3J | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3K | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3L | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3M | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3N | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3O | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3P | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |

| PRESIDING JUDGE: THE HONORABLE ROBIN L. ROSENBERG | PLAINTIFF'S ATTORNEY: JASON R. MARGULIES, ESQ. MICHAEL A. WINKLEMAN, ESQ. | DEFENDANT'S ATTORNEY: ALLAN R. KELLEY, ESQ. |
|---|---|---|
| TRIAL DATE(S): DECEMBER 12, 2016 | COURT REPORTER PAULINE STIPES | COURTROOM DEPUTY LAKESHIA WILLIAMS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 3Q | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3R | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3S | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3T | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3U | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3V | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3W | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3X | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3Y | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3Z | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AA | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AB | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AC | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AD | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AE | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AF | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |

| PRESIDING JUDGE: THE HONORABLE ROBIN L. ROSENBERG | PLAINTIFF'S ATTORNEY: JASON R. MARGULIES, ESQ. MICHAEL A. WINKLEMAN, ESQ. | DEFENDANT'S ATTORNEY: ALLAN R. KELLEY, ESQ. |
|---|---|---|
| TRIAL DATE(S): DECEMBER 12, 2016 | COURT REPORTER PAULINE STIPES | COURTROOM DEPUTY LAKESHIA WILLIAMS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 3AG | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AH | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AI | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AJ | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AK | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AL | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AM | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AN | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AO | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AP | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AQ | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AR | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AS | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AT | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AQ | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AR | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |

| PRESIDING JUDGE: THE HONORABLE ROBIN L. ROSENBERG | PLAINTIFF'S ATTORNEY: JASON R. MARGULIES, ESQ. MICHAEL A. WINKLEMAN, ESQ. | DEFENDANT'S ATTORNEY: ALLAN R. KELLEY, ESQ. |
|---|---|---|
| TRIAL DATE(S): DECEMBER 12, 2016 | COURT REPORTER PAULINE STIPES | COURTROOM DEPUTY LAKESHIA WILLIAMS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 3AS | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AT | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 3AU | | 12/13/16 | | ✓ | Photograph of the vessel inspection conducted on or about July 25, 2016 |
| 4 | | | | | X-ray images depicting the Plaintiff's fractured left wrist |
| 5 | | 12/12/16 | | ✓ | Cruise Operator's incident report |
| 6 | | 12/12/16 | | ✓ | Medical and Billing Records – Arbor Ridge Silver Spring, MD. |
| 7 | | 12/12/16 | | ✓ | Medical and Billing Records – Nash Hospital Rocky Mount, NC. |
| 8 | | | | | BCBS Billing Records |
| 9 | | 12/12/16 | | ✓ | Medical Records – Cruise Operator |
| 10 | | | | | Cruise Operator's responses to Plaintiff's Requests for Production |
| 11 | | | | | Cruise Operator's responses to Plaintiff's Interrogatories |
| 12 | | | | | Cruise Operator's responses to Plaintiff's supplemental Requests for Production |
| 13 | | | | | Cruise Operator's answers to Plaintiff's supplemental interrogatories |
| 14 | | | | | The Plaintiff's responses to Cruise Operator's Interrogatories |
| 15 | | | | | The Plaintiff's responses to Cruise Operator's Requests for Production |
| 16 | | | | | The Plaintiff's answers to Initial interrogatories |
| 17 | | 12/14/16 | | ✓ | Mortality Tables |
| 18 | | | | | Work Life Expectancy Tables |
| 19 | | 12/13/16 | | ✓ | Wrist Brace provided to Plaintiff |
| 20 | | 12/13/16 | ✓ | ✓ | Medical Bills |
| 21 | | 12/13/16 | ✓ | | Edward Leuten deposition |
| 22 | | 12/14/14 | | ✓ | Updated medical history of plaintiff as of 9/16 |
| 23 | | | ✓ | | Form 5500 Annual Return Benefit Form [illegible] Employee |