UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
15-CV-81636-ROSENBERG GHERES, JR., v. CRUISE OPERATOR, INC.

# QUESTIONS FROM THE JURY

(1) Is this a watch or a medic alert bracelet?

(2) The ship's doctor was an "independent contractor" and in that case not an "employee" correct?

(3) Does the cruiseline bear/carry any liability for the actions of the on board doctor?

(4) Does some negligence on the part of the Cruiseline even if it's 1 (one) percent constitute a yes to question one?

(5) If we think the Cruiseline was at fault in some small way for one fall and not the other, ~~can~~ do we say yes on ^question^ one?

Or do we have to take all incidents together in combination to find some ^~~p~~ defendent^ liability?

12/15/16