UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:15-CV-81636-RLR

EDWARD D. GEHRES, JR.,

Plaintiff,

v.

CRUISE OPERATOR, INC. d/b/a
BAHAMAS PARADISE CRUISE LINE,

Defendant.

______________________________/

**VERDICT FORM**

We, the jury, return the following verdict:

1. Was there negligence on the part of BAHAMAS PARADISE CRUISE LINE, which was a legal cause of EDWARD D. GEHRES, JR.'s injuries?

YES _______ NO __X__

If your answer to question 1 is NO, your verdict is for BAHAMAS PARADISE CRUISE LINE, and you should not proceed further, except to date and sign this verdict form and return it to the courtroom. If your answer to question 1 is YES, please answer question 2.

2. Was there negligence on the part of EDWARD D. GEHRES, JR.'s, which was a legal cause of his injuries?

YES _______ NO ________

If your answer to question 2 is NO, please skip to question 4. If your answer to question 2 is YES, please answer question 3.

3. State the percentage of any negligence, which was a legal cause of EDWARD D. GEHRES, JR.'s injuries, that you charge to:

| | |
|---|---|
| BAHAMAS PARADISE CRUISE LINE | ___________% |
| EDWARD D. GEHRES, JR.'s | ___________% |
| TOTAL (must be) | 100 % |

4. What is the total amount (100%) of any damages sustained by EDWARD D. GEHRES, JR.'s caused by the incident in question? In determining the damages, if any, of EDWARD D. GEHRES, JR.'s, do not make any reduction because of the negligence, if any, of EDWARD D. GEHRES, JR.'s. If you find that EDWARD D. GEHRES, JR.'s was to any extent negligent, the court in entering judgment will make an appropriate reduction in the damages awarded.

   a. What is the amount of any damages sustained or anticipated to be sustained for medical expenses:

      i. in the past?

      $___________________________________

      ii. in the future?

      $___________________________________

   b. What is the amount of any damages for pain, suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a physical defect, or loss of capacity for the enjoyment of life:

      i. in the past?

      $___________________________________

      ii. in the future?

      $___________________________________

**TOTAL DAMAGES OF EDWARD D. GEHRES, JR.**

$____________________________________________$

[Add lines 4(a)(i) + 4(a)(ii) + 4(b)(i) + 4(b)(ii)]

SO SAY WE ALL, this 15th day of December, 2016.

SIGNATURE OF
FOREMAN OR FOREWOMAN

PRINTED NAME OF
FOREMAN OR FOREWOMAN